UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA HIPSCHMAN, an individual; et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a public entity; et al.,<br><br>         Defendants. | Case No.: 22-cv-00903-AJB-BLM<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>**(Doc. No. 65)** |

  Before the Court is Plaintiffs' motion for leave to file a Second Amended Complaint ("SAC") to include as additional defendants, Tin Le and Maria Araiza, to their first cause of action for unwarranted seizure of their child, after discovery revealed their involvement therein. (Doc. No. 65-1 at 5.) Defendants filed a statement of non-opposition to Plaintiffs' motion. (Doc. No. 70.) The Court finds the matter suitable for determination on the papers and without oral argument. The motion hearing previously scheduled is hereby **VACATED**.

There being no opposition to Plaintiffs' filing of a SAC as provided in Doc. No. 65-3 and no showing that the amendment would be futile or prejudice Defendants, the Court **GRANTS** Plaintiff's motion for leave to file a SAC. *See* Fed. R. Civ. P. 15(a)(2) (courts should freely grant leave to amend "when justice so requires"); *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2013) ("Absent prejudice, or a strong showing" of the remaining factors, there exists a 'presumption under Rule 15(a) in favor of granting leave to amend.'")

The Clerk of Court is **DIRECTED** to vacate the October 17, 2024 hearing and file Doc. No. 65-3 as the Second Amended Complaint. Defendants' Answer to the SAC must be filed <u>no later than July 1, 2024</u>.

**IT IS SO ORDERED**.

Dated:  June 21, 2024

Hon. Anthony J. Battaglia
United States District Judge