UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA HIPSCHMAN; ALEXANDER HIPSCHMAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 22CV0903-AJB (BLM)<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION OF TIME TO EXTEND DEADLINE TO DEPOSE DEFENDANTS' RULE 30(b)(6) WITNESS**<br><br>**[ECF No. 138]** |

Currently before the Court is the parties' Joint Motion and Request to Extend Deposition of Defendants' Rule 30(b)(6) Witness. <u>See</u> Mot., ECF No. 138. For the reasons set forth below, the motion is **DENIED**.

## **DISCUSSION**

1. Deposition of Defendant's Rule 30(b)(6) Witness – Categories 10, 13, and 18

The parties seek an order continuing the deadline for the County to "re-produce" its Rule 30(b)(6) witness relating to categories 10, 13, and 18 in the Plaintiff's Notice of Deposition to December 30, 2024. Mot. at 3. On October 15, 2024, the Court granted the parties motion to extend the deadline to complete the Defendants' Rule 30(b)(6) witness deposition as to categories 10, 13, and 18 to November 6, 2024. ECF No. 117.

On November 6, 2024, Defendants produced their Rule 30(b)(6) witness for a deposition relating to categories 10, 13, and 18. Mot. at 2. The parties met and conferred following the deposition and agreed that the witness needed additional time to prepare for the deposition and therefore, they "agreed to reconvene the deposition at a later time" to allow the witness additional time to review documents and prepare for the deposition. Id.

On December 4, 2024, the parties sought another extension of time to permit the completion of the deposition of the Defendants' Rule 30(b)(6) witness deposition as to categories 10, 13, and 18. ECF No. 129. The Court granted the parties request and issued an order extending the deadline for Defendant to produce their Rule 30(b)(6) witness by December 19, 2024. ECF No. 130.

On December 11, 2024, the parties filed the joint motion currently before the Court. ECF No. 138. In this motion, the parties state in support of their motion, as they did in the previous motions, that the Rule 30(b)(6) witness needs approximately ten to twelve hours "of research and preparation to adequately prepare to complete her testimony" that was initially conducted on November 6, 2024. Id. at 2. In addition, they also state in support, again, that Plaintiffs' counsel was out of the country from November 7 to November 25, 2024. Id.

Neither of those explanations are sufficient to support a finding of good cause to grant the parties' request. First, Defendants and the Rule 30(b)(6) witness have had more than five weeks to complete the required ten to twelve hours of preparation. The parties do not state whether any of the preparation has occurred and Defendants do not explain why the preparation could not be completed during the five weeks. Second, the burden for preparing this deposition falls mainly on the Defendants and the issue of the unavailability of Plaintiffs' counsel for a period of two and a half weeks prior to the deposition is irrelevant.

In this motion, however, the parties have informed the Court for the first time that the Rule 30(b)(6) witness deposition cannot go forward on December 16, 2024 because the witness has been "summoned for Federal jury duty in the United States District Court, Southern District of California, for the two-week time period of December 16-20, 2024, and December 23-27, 2024." Id. at 3. The Court has contacted the Jury Administrator for the Southern District and

2

22CV0903-AJB (BLM)

has been informed that it is not anticipated that any individuals will be asked to appear for jury duty on Monday, December 16, 2024.  Accordingly, the parties' joint motion is **DENIED**.  In the unlikely event that the witness is called to appear in the Southern District Courthouse for jury duty on December 16, 2024, the Court will permit the parties to reschedule the deposition for December 30, 2024.

    **IT IS SO ORDERED.**

Dated:  12/11/2024

Hon. Barbara L. Major
United States Magistrate Judge