UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA HIPSCHMAN, an individual; ALEXANDER HIPSCHMAN, an individual,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br>　　　　　　　　　　　　Defendants. | Case No.: 22-cv-00903-AJB-BLM<br><br>**ORDER DISMISSING PLAINTIFFS' OBJECTION AND EX PARTE MOTION WITHOUT PREJUDICE**<br><br>**(Doc. Nos. 140, 142)** |

Before the Court is Plaintiffs' Notice of Objection and Motion for Review regarding Magistrate Judge Barbara L. Major's Order Denying Plaintiffs' Motion to Compel County to Provide Training Materials, (Doc. No. 140, "Objection"), as well as Plaintiffs' ex parte motion regarding its Objection, (Doc. No. 142, "Ex Parte Motion"). For the following reasons, the Court **DISMISSES** Plaintiffs' Objection and Ex Parte Motion **WITHOUT PREJUDICE**.

**I.　BACKGROUND**

On December 11, 2024, Judge Major denied Plaintiffs' Motion to Compel County to Provide Training Materials. (Doc. No. 137, "Order Denying Plaintiffs' Motion to Compel" or "Order.") On December 26, 2024, Plaintiffs filed their Objection to Judge

Major's Order pursuant to Federal Rule of Civil Procedure 72(a). (Doc. No. 140.) On January 8, 2025, Plaintiffs also filed a motion for reconsideration before Judge Major. (Doc. No. 141, "Motion for Reconsideration.") The same day, Plaintiffs filed an ex parte motion before this Court, requesting an extension of time to file a Rule 72 objection until fourteen days following Judge Major's forthcoming ruling on Plaintiffs' Motion for Reconsideration to preserve their objections to Judge Major's Order. (Doc. No. 142, "Ex Parte Motion.") Prior to Plaintiffs filing their Motion for Reconsideration, the Court informed Plaintiffs that such a motion would be duplicative to Plaintiffs' Objection and requested that Plaintiffs withdraw their Objection prior to filing a motion for reconsideration. (*See* Doc. No. 142-1.) Plaintiffs did not withdraw their Objection and instead filed their Ex Parte Motion. (Doc. No. 142.)

## II.   DISCUSSION

The Court maintains that Plaintiffs' Objection is redundant to Plaintiffs' pending Motion for Reconsideration before Judge Major. *See Edwards v. Miller*, No. 14CV0429 JAH(KSC), 2016 WL 3092088, at *24 (S.D. Cal. June 2, 2016), *aff'd*, 756 F. App'x 680 (9th Cir. 2018) ("Petitioner's [motion for reconsideration] is duplicative of the arguments asserted in his objection to the magistrate judge's denial of discovery.") Further, ruling on the merits of Plaintiffs' Objection would be an inefficient use of judicial resources given that Judge Major may change all or some of her order on reconsideration. *See Fox Indus., Inc. v. Gurovich*, No. CV 03-5166TCPWDW, 2005 WL 2456896, at *2 (E.D.N.Y. Oct. 5, 2005) ("As a practical matter, it would make no sense for a District Judge to decide an appeal pursuant to Rule 72(a) while the order in question was still under consideration by the Magistrate Judge, who might change all or some of the order on reconsideration.") Accordingly, the Court **DISMISSES** Plaintiffs' Objection **WITHOUT PREJUDICE**.

Plaintiffs' Ex Parte Motion is also unnecessary because "Plaintiff[s]' filing of a motion for reconsideration tolled the time for filing a formal objection to the Discovery Order." *Calendar Rsch. LLC v. StubHub, Inc.*, No. 2:17-CV-04062-SVW-SS, 2019 WL 4138660, at *1 n.1 (C.D. Cal. June 11, 2019). If Plaintiffs seek to file a formal objection to

any forthcoming order from Magistrate Judge Major regarding Plaintiffs' Motion for Reconsideration or Plaintiffs' Motion to Compel County to Provide Training Materials, Plaintiffs may file specific written objections within 14 days of Magistrate Judge Major's order. *See* Fed. R. Civ. P. 72(b). Accordingly, the Court **DISMISSES** Plaintiffs' Ex Parte Motion **WITHOUT PREJUDICE**.

### III. CONCLUSION

For the reasons above, the Court **DISMISSES** Plaintiffs' Objection and Ex Parte Motion **WITHOUT PREJUDICE**. Plaintiffs may file any objections within 14 days of Magistrate Judge Major's order on Plaintiffs' Motion for Reconsideration.

Dated: January 22, 2025

Hon. Anthony J. Battaglia
United States District Judge